| | |
|---|---|
| 1 | ERIC GRANT<br>United States Attorney |
| 2 | DHRUV M. SHARMA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

**FILED**
Dec 03, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | [PROPOSED] ORDER FOR <u>LIMITED</u> UNSEALING OF SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| INFORMATION ASSOCIATED WITH UPTON_JEDREK@YAHOO.COM AND JED@ZEBRARESTORATION.COM THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC. | 2:24-SW-0527-DB |
| INFORMATION ASSOCIATED WITH JED@ZEBRARESTORATION.COM THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION USA | 2:24-SW-0528-DB |
| JEDREK UPTON | 2:24-SW-0529-DB |
| INFORMATION ASSOCIATED WITH UPTON_JEDREK@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY YAHOO, INC. | 2:24-SW-0530-DB |
| 3113 WISE ROAD, LINCOLN, CA 95648 | 2:24-SW-0531-DB |

Upon application of the United States of America and good cause having been shown,

///

///

///

[PROPOSED] ORDER FOR <u>LIMITED</u> UNSEALING OF
SEARCH WARRANTS

1  IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed
2  for the <u>limited</u> purpose of allowing the United States to disclose these documents to defense and to
3  probation and to otherwise comply with its discovery obligations as needed.

Dated: December 3, 2025

*[signature: Chi Soo Kim]*

The Honorable Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE